IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL REYES ARMIJO JARAMILLO,

     Plaintiff,

    vs.                            No. 25-cv-919 KG/GBW

SOCIAL SECURITY ADMINISTRATION
*Frank J. Bisignano, Commissioner*
*of the Social Security Administration*,

     Defendant.

ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition

("PFRD") on June 29, 2026.  Doc. 25.  The PFRD notified the parties of their ability to file

objections within fourteen days, and that failure to do so waived appellate review.  *Id*. at 16.  On

July 13, 2026, Plaintiff filed objections to the Magistrate Judge's PFRD.  Doc. 26.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record

and all parts of the Magistrate Judge's PFRD that have been properly objected to.  After

conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD

and the objections, the Court finds no reason either in law or fact to depart from the Magistrate

Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1.  Plaintiff's objections (Doc. 26) are OVERRULED;

2.  The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 25)
    are ADOPTED;

3.  Plaintiff's Motion to Reverse and Remand (Doc. 12) is DENIED and the Commissioner's decision is AFFIRMED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.